In re NORRIS. (Supreme Court, Appellate Division, First Department. October 10, 1913.) In the matter of Edward W. Norris. No opinion. Report approved, and proceeding dismissed. Settle order on notice. See, also, 146 App. Div. 938, 131 N. Y. Supp. 1131.

NORTHERN BANK OF NEW YORK v. BINGHAM. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Northern Bank of New York against Richard J. Bingham. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Northern Bank of New York against William G. Mulligan and others. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 156 App. Div. 927, 142 N. Y. Supp. 1133; 143 N. Y. Supp. 1133.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Northern Bank of New York against William G. Mulligan and others. W. G. Mulligan, of New York City, for appellants. G. W. Morgan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1133.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the Northern Bank of New York against William G. Mulligan and another. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 143 N. Y. Supp. 1133.

NORTHERN BANK OF NEW YORK v. ROBIN. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the Northern Bank of New York against Joseph G. Robin. No opinion. Motion granted, with $10 costs. Order filed. See, also, 156 App. Div. 941, 141 N. Y. Supp. 1134.

NOWAKOWSKI, Appellant, v. NEW YORK & N. S. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Stanislaus Nowakowski, an infant, etc., against the New York & North Shore Traction Company. No opinion. Order unanimously affirmed, with costs. See Azzara v. Nassau Electric R. Co., 134 App. Div. 167, 118 N. Y. Supp. 830.

NOWAKOWSKI, Appellant, v. NEW YORK & N. S. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by John

Nowakowski against the New York & North Shore Traction Company. No opinion. Order unanimously affirmed, with costs. See Azzara v. Nassau Electric R. Co., 134 App. Div. 167, 118 N. Y. Supp. 830.

O'BRIEN v. NEW YORK MAIL CO. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from City Court of New York, Trial Term. Action by Patrick O'Brien against the New York Mail Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed and remanded. Ralph Gillette, of New York City, for appellant. Amos H. Stephens, of New York City (Earle W. Webb, of New York City, of counsel), for respondent.

GUY, J. This action was brought to recover for personal injuries sustained by the driver of a three-horse feed truck, which, while lawfully standing at the sidewalk in East Fifteenth street, between Avenues A and B, was struck with great force in the rear by defendant's automobile, pushed forward two feet, and the plaintiff was thrown off and injured. Plaintiff heard no horn, warning, or sound of any kind given by the chauffeur of the automobile. The plaintiff established lack of contributory negligence, and there was sufficient evidence of defendant's negligence to require the submission of the case to the jury. Judgment reversed, and new trial granted, with costs to appellant to abide the event. All concur.

O'GRADY, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by John O'Grady against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

ORMES, Respondent, v. DANIEL WINENT, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by William H. Ormes against Daniel Winent, Incorporated. C. S. Keyes, of New York City, for appellant. H. A. Blake, of Albion, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ORSINO, Respondent, v. ORSINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Nunzio Orsino against Grace Orsino and others. No opinion. Judgment affirmed, with costs. See, also, 157 App. Div. 932, 142 N. Y. Supp. 1133.

OSBORNE v. MULLIGAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by James W. Osborne against Agnes K. M. Mulligan. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 153 App. Div. 312, 138 N. Y. Supp. 18.

OSSINING NAT. BANK v. BLAKE et al. (Supreme Court, Appellate Division, Second De-